USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/30/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

UNITED STATES OF AMERICA

  - v. -

Jose Guevara Rodriguez,

                            Defendant.

------------------------------------------------------------------------X

19 cr. 925 (VEC)

ORDER

**VALERIE CAPRONI**, United States District Judge:

IT IS HEREBY ORDERED that the hearing currently scheduled for Friday, January 3, 2020, will be held in Courtroom 15C, 500 Pearl Street.

SO ORDERED:

Dated:    New York, New York
            December 30, 2019

                                                    _____
                                                          VALERIE CAPRONI
                                                       United States District Judge