**MEMO ENDORSED**

**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 31, 2019

**By ECF**

The Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/2/2020__

Re:   <u>United States v. Jose Guevara Rodriguez</u>, 19 Cr. 925 (VEC)

Dear Judge Caproni:

    I write in advance of Jose Guevara Rodriguez's initial pretrial conference and arraignment, presently scheduled for January 3, 2020 at 12:00 PM, to request a substitution of counsel. I was appointed to represent Mr. Guevara Rodriguez on November 21, 2019. Today, I spoke with Hanna Shoshany, an attorney with the Law Offices of Robert Tsigler, and learned that their office has been retained to represent Mr. Guevara Rodriguez going forward. They would like to appear on his behalf at his arraignment and conference on Friday.

Respectfully submitted,
/s/
Ariel Werner
Assistant Federal Defender
(212) 417-8770

CC:   Matthew Hellman
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

Hanna H. Shoshany
Associate Attorney
Law Offices of Robert Tsigler
299 Broadway, Suite 1400
New York, New York 10007
(718)878-3781
hanna@tsiglerlaw.com

Application GRANTED.

SO ORDERED.

*Valerie Caproni* (signature)
1/2/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE