USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                           :

UNITED STATES OF AMERICA               :

                                                           :          19 cr. 925(VEC)

    - v. -                                         :

                                                           :              ORDER

JOSE GUEVARA RODRIGUEZ,            :

                                                           :

                     Defendant.             :

------------------------------------------------------------------X

**VALERIE CAPRONI**, United States District Judge:

IT IS HEREBY ORDERED that the Arraignment currently scheduled for Friday, January 3, 2020 at 12:00 p.m., will now be held in Courtroom 443, 40 Foley Square.

SO ORDERED:

Dated:     New York, New York
             January 2, 2020

                                                 _____
                                                       VALERIE CAPRONI
                                                     United States District Judge