USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
UNITED STATES OF AMERICA,

    -against-                                         19-CR-925 (VEC)

JOSE GUEVARA RODRIGUEZ,              ORDER

                        Defendant.
--------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 3, 2020, the Government and Defendant appeared for a conference with this Court; and

WHEREAS at the January 3, 2020 conference, the Court arraigned Defendant on the Indictment (Dkt.4), and Defendant entered a plea of not guilty;

IT IS HEREBY ORDERED THAT:

1. All pretrial motions (except motions *in limine*) are due **January 27, 2020**. Responses are due **February 17, 2020**. Replies are due **March 3, 2020**. If Defendant files pretrial motions, the trial schedule set forth below will be adjourned. If a hearing is necessary on a pretrial motion filed by Defendant, the hearing will be held on **March 16, 2020, at 2:00 p.m.**

2. Motions *in limine* are due **February 5, 2020**. Responses are due **February 12, 2020**. There will be no replies on the motions *in limine*.

3. Requests to charge and proposed voir dire questions are due **February 13, 2020**. The parties should submit only those voir dire questions that are unique to this case.

5. The Court will hold a final pretrial conference on **February 20, 2020 at 2:30 p.m.**

6. Jury selection and trial will begin on **February 24, 2020 at 10:00 a.m.**, Courtroom 443, Thurgood Marshall U.S. Courthouse.

**SO ORDERED.**

**Date: January 4, 2020**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**