USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

   - v. -                       :

JOSE GUEVARA RODRIGUEZ,           :     **PROTECTIVE ORDER**
                                        19 Cr. 925 (VEC)
       Defendant.
                                  :
- - - - - - - - - - - - - - - - x

HONORABLE VALERIE E. CAPRONI, District Judge:

     WHEREAS the Government intends to produce to the defendant in the above-captioned matter certain discovery materials that may contain personal identifying information and other information relating to and identifying targets and investigative means, including confidential informants and/or undercover law enforcement agents, of ongoing governmental investigations; and

     WHEREAS pursuant to Rule 16(d)(1) and Title 18, United States Code, Section 3771, the Government desires to protect the confidentiality of the above-referenced materials, and for good cause shown;

     IT IS HEREBY ORDERED:

     1.  Discovery materials produced by the Government to the defendant, his counsel (collectively, "the defense") that are either (1) designated in whole or in part as "Confidential" by the Government in emails or communications to defense

counsel, or (2) that include a Bates or other label stating "Confidential," shall be deemed "Confidential Material."

2. Confidential Material disclosed to the defense during the course of proceedings in this action:

    (a) shall be used by the defense only for purposes of this action;

    (b) shall be kept in the sole possession of the defendant, the defendant's counsel;

    (c) shall not be copied or otherwise recorded by the defense, but may be loaded onto secure databases or file-sharing systems used by defendant's counsel to review discovery;

    (e) shall not be disclosed in any form by the defense except as set forth in paragraph 2(f) below;

    (f) may be disclosed only by the defendant's counsel and only to the following persons (hereinafter "Designated Persons"):

        (i) secretarial, clerical, paralegal, investigative, and student personnel employed full-time or part-time by the defendant's counsel;

  (ii)  independent expert witnesses retained by the defendant or on his behalf in connection with this action;

  (iii)  prospective witnesses, and their counsel, to the extent deemed necessary by defense counsel, for trial preparation;

  (iv)  such other persons as hereafter may be authorized by the Government or by order issued by the Court upon a motion by the defendant; and

 (g) shall be either (i) returned to the Government following the conclusion of this case, including any appeals, within 30 days of the conclusion of the appeal, or of the expiration of the period for direct appeal from any verdict in the case; the period of direct appeal from any order dismissing any of the charges in the case; or the granting of any motion made on behalf of the Government dismissing any charges in the above-captioned case, whichever date is later, together with any and all copies thereof, or (ii) destroyed together with any and all copies thereof, with defendant's counsel verifying in writing to the Government that such destruction has taken place.

3.  The defendant and counsel shall provide a copy of this Order to Designated Persons to whom Confidential Material is disclosed pursuant to paragraph 2(f). Designated Persons shall be subject to the terms of this Order.

4.  The provisions of this Order shall not be construed as preventing the disclosure of any information in any motion, hearing, trial, or sentencing proceeding held in this action, or any appeal therefrom, or to any judge or magistrate of this Court for purposes of this action, or any appeal therefrom.

5. This Order may be signed in counterparts and transmitted by facsimile and/or electronic copy, each of which counterparts will be deemed to be an original and which taken together will constitute the Order.

Dated: New York, New York
January 7, 2020

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
UNITED STATES ATTORNEY

By: /s/ Matthew J.C. Hellman
Matthew J.C. Hellman
Assistant United States Attorney

/s/ Hanna Shoshany
Hanna Shoshany, Esq.
Counsel for Jose Guevara Rodriguez

[Remainder of page intentionally left blank]

SO ORDERED.

/s/ Valerie Caproni
1/7/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE