USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,

    -against-

JOSE GUEVARA RODRIGUEZ,

                              Defendant.
------------------------------------------------------------ X

19-CR-925 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on February 20, 2020, the parties appeared for a change of plea hearing with this Court; and

    WHEREAS at the February 20, 2020 conference, Defendant entered a plea of guilty to the Count I of the Indictment; and

    WHEREAS the Court accepted Defendant's guilty plea;

    IT IS HEREBY ORDERED THAT sentencing is scheduled for **June 17, 2020 at 2:00 p.m.** in Courtroom 443 of the Thurgood Marshall U.S. Courthouse. Sentencing submissions from both sides are due not later than **June 3, 2020**.

**SO ORDERED.**

Date: February 20, 2020                              **VALERIE CAPRONI**
New York, NY                                       **United States District Judge**