```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
   UNITED STATES OF AMERICA,                                 :
                                                             :
           -against-                                         :     19-CR-925 (VEC)
                                                             :
   JOSE GUEVARA RODRIGUEZ,                                   :     ORDER
                                                             :
                           Defendant.                        :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/8/2020

VALERIE CAPRONI, United States District Judge:

WHEREAS sentencing is scheduled for **June 17, 2020**;

WHEREAS the Court is cautiously optimistic that by August the Court will be able to conduct in-person proceedings;

IT IS HEREBY ORDERED that sentencing is adjourned to **August 6, 2020, at 11:00 a.m.**

**SO ORDERED.**

Date:  June 8, 2020             VALERIE CAPRONI
       New York, NY             United States District Judge